JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BARTON III, LAUREN BARTON, LAUREN BARTON, as GUARDIAN AD LITEM for G.B.(a), a minor and G.B.(b), a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, CITY OF LOS ANGELES POLICE DEPARTMENT and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. CV10-8434 SJO (JEMx)**<br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br>Trial Judge:<br>**S. James Otero**<br>**Courtroom: 1** |

This action came on regularly for trial by jury on May 4, 2012, with attorney CHRISTOPHER DRISCOLL and GLEN T. JONAS appearing for Plaintiffs GEORGE BARTON III, LAUREN BARTON and LAUREN BARTON, as GUARDIAN AD LITEM for G.B.(a), a minor and G.B. IV(b), a minor and Defendants, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CARLOS LOZANO, SALVADOR CERVANTES, GRANT GOOSBY and MATTHEW STICKNEY appearing in person and by and through RICHARD M. ARIAS, Deputy City Attorney; a jury of eight persons duly impaneled and sworn; witnesses testified; evidence was

received; and after being duly instructed by the court, the jury deliberated and thereon returned the following special verdict:

## JUDGMENT ON SPECIAL VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, IN THE ABOVE-ENTITLED CAUSE, UNANIMOUSLY FIND AS FOLLOWS:

Please answer by unanimous vote the following questions by placing an X in the space following the appropriate response:

**QUESTION NO. 1:**

Has plaintiff George Barton, III proved by a preponderance of the evidence that defendants used excessive force when they took him into custody?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No _X_ |
| Matthew Stickney | Yes ____ | No _X_ |
| Grant Gooseby | Yes ____ | No _X_ |
| Salvador Cervantes | Yes ____ | No _X_ |

If your answer to Question #1 is "yes" for any of the officers, then proceed to Question #2. If your answer to Question #1 is "no" for all of the officers then skip to question #3.

**QUESTION NO. 2:**

Has plaintiff George Barton, III proved by a preponderance of the evidence that defendants' use of excessive force was the moving force that caused the ultimate injury to him?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

Proceed to Question #3.

**QUESTION NO. 3:**

Has plaintiff George Barton, III proved by a preponderance of the evidence that defendants arrested Plaintiff without probable cause?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No _X_ |
| Matthew Stickney | Yes ____ | No _X_ |
| Grant Gooseby | Yes ____ | No _X_ |
| Salvador Cervantes | Yes ____ | No _X_ |

If your answer to Question #3 is "yes" for any of the officers, then proceed to Question #4. If your answer to Question #3 is "no" for all of the officers then skip to Question #5.

**QUESTION NO. 4:**

Has plaintiff George Barton, III proved by a preponderance of the evidence that defendants' unreasonable seizure of him (arrest without probable cause) was the moving force that caused the ultimate injury to him?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

Proceed to Question #5.

**QUESTION NO. 5:**

As to George Barton, III, if you determined that any defendant was a cause of harm in any of the above questions 2 or 4, what are the damages suffered by George Barton III?

$ __0__

**QUESTION NO. 6:**

Did Plaintiff Lauren Barton prove by a preponderance of the evidence that Defendants' Conduct was outrageous?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No _X_ |
| Matthew Stickney | Yes ____ | No _X_ |
| Grant Gooseby | Yes ____ | No _X_ |
| Salvador Cervantes | Yes ____ | No _X_ |

If your answer to Question #6 is "yes" for any of the officers, then proceed to Question #7. If your answer to Question #6 is "no" for all of the officers then skip to question #10.

- 4 -

**QUESTION NO. 7:**

Did the following defendants act with reckless disregard of the probability that Lauren Barton would suffers severe emotional distress knowing that Lauren Barton was present when the conduct occurred?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If your answer to Question #7 is "yes" for any of the officers, then proceed to Question #8. If your answer to Question #7 is "no" for all of the officers then skip to question #10.

**QUESTION NO. 8:**

Was the following defendants' conduct a substantial factor in causing Lauren Barton severe emotional distress?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If your answer to Question #8 is "yes" for any of the officers, then proceed to Question #9. If your answer to Question #8 is "no" for all of the officers then skip to question 10.

**QUESTION NO. 9:**

What are the damages suffered by Lauren Barton?

$_____

**QUESTION NO. 10:**

Did Plaintiff Geanna Barton prove by a preponderance of the evidence that Defendants' conduct was outrageous?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No _X_ |
| Matthew Stickney | Yes ____ | No _X_ |
| Grant Gooseby | Yes ____ | No _X_ |
| Salvador Cervantes | Yes ____ | No _X_ |

If your answer to Question #10 is "yes" for any of the officers, then proceed to Question #11. If your answer to Question #10 is "no" for all of the officers then skip to question #14.

**QUESTION NO. 11:**

Did the following defendants act with reckless disregard of the probability that Geanna Barton would suffer severe emotional distress knowing that Geanna Barton was present when the conduct occurred?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If your answer to Question #11 is "yes" for any of the officers, then proceed to Question #12. If your answer to Question #11 is "no" for all of the officers then skip to question #14.

- 6 -

**QUESTION NO. 12:**

Was the following defendants' conduct a substantial factor in causing Geanna Barton's severe emotional distress?

| | | |
|---|---|---|
| Carlos Lozano | Yes _____ | No _____ |
| Matthew Stickney | Yes _____ | No _____ |
| Grant Gooseby | Yes _____ | No _____ |
| Salvador Cervantes | Yes _____ | No _____ |

If your answer to Question #12 is "yes" for any of the officers, then proceed to Question #13. If your answer to Question #12 is "no" for all of the officers then skip to question 14.

**QUESTION NO. 13:**

What are the damages suffered by Geanna Barton?

$_____

**QUESTION NO. 14:**

Did Plaintiff George Barton IV prove by a preponderance of the evidence that Defendants' conduct was outrageous?

| | | |
|---|---|---|
| Carlos Lozano | Yes _____ | No _X_ |
| Matthew Stickney | Yes _____ | No _X_ |
| Grant Gooseby | Yes _____ | No _X_ |
| Salvador Cervantes | Yes _____ | No _X_ |

If your answer to Question #14 is "yes" for any of the officers, then proceed to Question #15. If your answer to Question #14 is "no" for all of the officers then skip to question #17.

**QUESTION NO. 15:**

Did the following defendants act with reckless disregard of the probability that George Barton, IV would severe suffer emotional distress knowing that George Barton IV was present when the conduct occurred?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If your answer to Question #15 is "yes" for any of the officers, then proceed to Question #16. If your answer to Question #15 is "no" for all of the officers then skip to question #18.

**QUESTION NO. 16:**

Was the following defendants' conduct a substantial factor in causing George Barton IV severe emotional distress?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If your answer to Question #16 is "yes" for any of the officers, then proceed to Question #17. If your answer to Question #16 is "no" for all of the officers then skip to question 18.

**QUESTION NO. 17:**

What are the damages suffered by George Barton IV?

$_____

PROCEED TO QUESTION NO. 18.

**QUESTION NO. 18:**

If you answered any questions in 2 or 4 as "Yes" as to any defendant answer this question, but only as to those defendants for which you marked "Yes" in 2 or 4. Do you find by a preponderance of the evidence that any of the officers acted with malice, oppression, or in reckless disregard for George Barton, III's rights?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If your answer to Question #18 is "yes" for any of the officers, then proceed to Question #19. If your answer to Question #18 is "no" for all of the officers then skip to question #20.

**QUESTION NO. 19:**

As to each of the following officers for whom you marked yes in the prior question, what is the total amount of punitive damages, if any, that you award against the officer in favor of George Barton, III?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

Proceed to Question #20.

**QUESTION NO. 20:**

If you answered any questions in 8 as "Yes" as to any defendant, answer this question, but only as to those defendants for which you marked "Yes" in 8. Do you find by clear and convincing evidence that any of the officers acted with malice, oppression, or in reckless disregard for Lauren Barton's rights?

| | | |
|---|---|---|
| Carlos Lozano | Yes ____ | No ____ |
| Matthew Stickney | Yes ____ | No ____ |
| Grant Gooseby | Yes ____ | No ____ |
| Salvador Cervantes | Yes ____ | No ____ |

If you answer to Question #20 is "yes" for any of the officers, then proceed to Question #21. If your answer to Question #20 is "no" for all of the officers then skip to question #22.

**QUESTION NO. 21:**

As to each of the following officers, what is the total amount of punitive damages, if any, that you award against the officer in favor of Lauren Barton?

    Carlos Lozano                              _____

    Matthew Stickney                    _____

    Grant Gooseby                        _____

    Salvador Cervantes               _____

Proceed to Question #22.

**QUESTION NO. 22:**

If you answered any questions in 12 as "Yes" as to any defendant, answer this question, but only as to those defendants for which you marked "Yes" in 12. Do you find by clear and convincing evidence that any of the officers acted with malice, oppression, or in reckless disregard for Geanna Barton's rights?

    Carlos Lozano                       Yes _____      No _____

    Matthew Stickney            Yes _____      No _____

    Grant Gooseby                 Yes _____      No _____

    Salvador Cervantes        Yes _____      No _____

If your answer to Question #22 is "yes" for any of the officers, then proceed to Question #23. If your answer to Question #22 is "no" for all of the officers then skip to question #24.

**QUESTION NO. 23:**

As to each of the following officers, what is the total amount of punitive damages, if any, that you award against the officer in favor of Geanna Barton?

    Carlos Lozano                                _____

    Matthew Stickney                     _____

    Grant Gooseby                           _____

    Salvador Cervantes               _____

Proceed to Question #24.

**QUESTION NO. 24:**

If you answered any questions in 15 as "Yes" as to any defendant, answer this question, but only as to those defendants for which you marked "Yes" in 15. Do you find by clear and convincing evidence that any of the officers acted with malice, oppression, or in reckless disregard for George Barton, IV's rights?

    Carlos Lozano                             Yes _____        No _____

    Matthew Stickney                  Yes _____        No _____

    Grant Gooseby                         Yes _____        No _____

    Salvador Cervantes            Yes _____        No _____

If you answer to Question #24 is "yes" for any of the officers, then proceed to Question #25. If your answer to Question #25 is "no" for all of the officers, Sign and Date this form.

**QUESTION NO. 25:**

As to each of the following officers, what is the total amount of punitive damages, if any, that you award against the officer in favor of Geanna Barton?

Carlos Lozano  _____

Matthew Stickney  _____

Grant Gooseby  _____

Salvador Cervantes  _____

Please Sign and Date this form.

Dated: <u>May 11, 2012</u>     Signature: <u>      /s/      </u>
                                              Foreperson of the Jury

**JUDGMENT**

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiffs;

2. That the Plaintiffs shall take nothing;

3. That the Defendants recover their costs of suit herein.

DATED: May 20, 2012.

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE